FILED
COMMON PLEAS COURT

16 FEB 25 PM 12: 27

MICHELE K. MUMFORD
SHELBY COUNTY CLERK

IN THE COMMON PLEAS COURT OF
SHELBY COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO | * | CASE NO. 16CR000 316 |
| Plaintiff | * | |
| vs. | * | |
| JOSEPH E. COTTERMAN | * | INDICTMENT |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Of the First Part in the year two thousand and sixteen.

THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that Joseph E. Cotterman,

COUNT I – GROSS SEXUAL IMPOSITION – O.R.C. Section 2907.05(A)(1) – F-4

On or about January 27, 2016, did in this County violate Ohio Revised Code Section 2907.05(A)(1), in that he had sexual contact with another, not the spouse of the offender; or cause another, not the spouse of the offender, to have sexual contact with the offender, where the offender purposely compels the other person to submit by force or threat of force, to wit: he, by force, had sexual contact with a 19-year-old female, being a felony of the fourth degree.

against the peace and dignity of the State of Ohio.

TIMOTHY S. SELL
PROSECUTING ATTORNEY

By *T. S. Sell*
Timothy S. Sell, #0030867
Shelby County Prosecutor

A TRUE BILL

*[signature]*
Foreperson of Grand Jury

Office of the
Prosecuting Attorney
Shelby County, Ohio

Timothy S. Sell, Prosecutor
Courthouse, First Floor
P.O. Box 4159
Sidney, OH 45365
937-498-2101 (office)
937-658-6125 (facsimile)

STATE OF OHIO, SHELBY COUNTY SS
I, Michele K. Mumford, Clerk of the Common Pleas Court, do hereby certify that the foregoing to be a full, true and correct copy of the original as the same appears on file in my office.
MICHELE K. MUMFORD CLERK
By _____ Deputy

STATE OF OHIO,
                    SS:
SHELBY COUNTY.

I, the undersigned, Clerk of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and complete copy of the original indictment, with the endorsements thereon, now on file in my office.

WITNESS my hand and the seal of said Court at Sidney, Shelby County, Ohio, this __25th__ day of February, 2016.

_Michele K. Mumford_
Clerk

By_____
    Deputy Clerk

*Office of the*
*Prosecuting Attorney*
*Shelby County, Ohio*

*Timothy S. Sell, Prosecutor*
*Courthouse, First Floor*
*P.O. Box 4159*
*Sidney, OH 45365*
*937-498-2101 (office)*
*937-658-6125 (facsimile)*