IN THE COMMON PLEAS COURT OF
SHELBY COUNTY, OHIO

STATE OF OHIO * CASE NO. 16CR000208

    Plaintiff *

vs. *

JOSEPH E. COTTERMAN * INDICTMENT

    Defendant *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Of the Third Part in the year two thousand and sixteen.

THE JURORS OF THE GRAND JURY of the State of Ohio, within and for the body of the County aforesaid, on their oaths, in the name and by the authority of the State of Ohio, do find and present that Joseph E. Cotterman,

<u>COUNT I – RAPE – O.R.C. Section 2907.02(A)(2) – F-1</u>
During the time period of January 1, 2009 through May 31, 2009, did in this County violate Ohio Revised Code Section 2907.02(A)(2) in that he engaged in sexual conduct with another when the offender purposely compels the other person to submit by force or threat of force, to wit: he, by force, did engage in sexual conduct with a 17-year-old female, being a felony of the first degree.

Against the peace and dignity of the State of Ohio.

PROSECUTING ATTORNEY      A TRUE BILL

By _____      _____
Timothy S. Sell, #0030867      Foreperson of Grand Jury
Shelby County Prosecutor

Office of the
Prosecuting Attorney
Shelby County, Ohio

Timothy S. Sell, Prosecutor
Courthouse, First Floor
Box 4159
Sidney, OH 45365
-498-2101 (office)
-658-6125 (facsimile)

STATE OF OHIO,
           SS:
SHELBY COUNTY.

    I, the undersigned, Clerk of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and complete copy of the original indictment, with the endorsements thereon, now on file in my office.

STATE OF OHIO, SHELBY COUNTY SS
I, Michele K. Mumford, Clerk of the Common Pleas Court, do hereby certify that the foregoing to be a full, true and correct copy of the original as the same appears on file in my office.
MICHELE K. MUMFORD CLERK
By _____
          Deputy

WITNESS my hand and the seal of said Court at Sidney, Shelby County, Ohio, this  1ST  day of September, 2016.

_____
Clerk

By_____
Deputy Clerk

Office of the
Prosecuting Attorney
Shelby County, Ohio

Timothy S. Sell, Prosecutor
Courthouse, First Floor
P. Box 4159
Sidney, OH 45365
937-498-2101 (office)
937-658-6125 (facsimile)