

IN THE COMMON PLEAS COURT OF SHELBY COUNTY, OHIO
CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | * | CASE NO. 16CR000036 |
| Plaintiff | * | |
| vs. | * | JUDGMENT ENTRY ON JURY VERDICT; FINDING |
| JOSEPH E. COTTERMAN | * | OF NOT GUILTY |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The above-captioned matter came before the court for a jury trial commencing on January 17, 2017. The defendant was present and represented by Attorney Jeremy Tomb. The State of Ohio was represented by Shelby County Prosecuting Attorney Timothy Sell.

Upon the case being called, a jury was selected and duly impaneled. Whereupon, the State presented its case in chief and rested. The defense moved for a judgment of acquittal pursuant to Criminal Rule 29 which motion was denied. Thereupon, the defense presented its case and rested. The State of Ohio declined to present any rebuttal evidence.

Whereupon, the parties presented their closing arguments, the court instructed the jury on matters of law, and the jury retired to deliberate. After due consideration, the jury returned and announced its verdict of **NOT GUILTY** of the indicted charge of Gross Sexual Imposition and **NOT GUILTY** of the lesser included offense of Sexual Imposition. The court ordered the verdict filed, thanked the jury for its service, and discharged them from further duty.

Upon the jury's verdict, this court orders the case dismissed and any bond of the defendant released. Costs charged to the State of Ohio.

1

Bk. 415 Pg. 549

The Clerk of this Court shall deliver copies of the within Entry to the Defendant, the Defendant's attorney, the Prosecuting Attorney, the victim, the Shelby County Sheriff's Department, and to the Court.

IT IS SO ORDERED.

BCI + I

1/24/17 Copies 1.60
POC - 4.00
POSTAGE 1.38

CP 2.00
2.00
CL 4.00

Hon. James F. Stevenson, Judge

Bk. 415 Pg. 550

2