COMMON PLEAS COURT
MICHELE K. MUMFORD
SHELBY COUNTY CLERK
16CR000208

FILED 05/22/2017 01:16 PM

IN THE COMMON PLEAS COURT OF SHELBY COUNTY, OHIO
CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | * | CASE NO. 16CR000208 |
| PLAINTIFF | * | |
| vs. | * | |
| | | NOLLE PROSEQUI |
| JOSEPH E. COTTERMAN | * | ENTRY BY COURT |
| DEFENDANT | * | |

* * * * * * * * * * * * * * * * * * * *

At the request of the State of Ohio, this case is hereby dismissed without prejudice. Costs charged to State.

The Clerk of this Court is directed to deliver a copy of this entry to Counsel for the Defendant, the Defendant, the Prosecuting Attorney, the Sidney Police Department, the Shelby County Sheriff's Department, and the Court.

_____
Hon. James F. Stevenson, Judge

SHELBY COUNTY PROSECUTOR'S OFFICE

__/s/ Timothy S. Sell_____
Timothy S. Sell, #0030867
Shelby County Prosecutor