FILED
COMMON PLEAS COURT

13 JUN 13 PM 2:29

MICHELE K. MUMFORD
SHELBY COUNTY CLERK

## IN THE COMMON PLEAS COURT OF SHELBY COUNTY, OHIO

STATE OF OHIO      *      CASE NO. 13 CR 000076

     Plaintiff,      *

vs.      *

Kourtney Longberry      *      **JUDGMENT ENTRY**
                                   **Acceptance of Guilty Plea**

     Defendant.      *

\*   \*   \*   \*   \*

This matter came on to be heard on June 13, 2013.

The Defendant, Kourtney Longberry was present in Court with counsel of record, Jason R. Farley.

The Court finds that the Defendant has presented his/her "Petition to Enter a Plea of Guilty," and his/her counsel of record has completed the "Certificate of Counsel" which are ordered filed in this case.

The Court has orally advised the Defendant of the effects of his/her plea, that the Court may proceed with judgment and sentence immediately, and has informed the Defendant of the rights which he/she will waive by entering this plea.

The Court finds this plea(s) has been voluntarily made.

IT IS THE ORDER OF THIS COURT that the plea of Guilty to Revised Code Subsection

| Count | R.C. Section | Offense | Degree |
|---|---|---|---|
| I | 2921.32(A)(5)(c)(3) | Ob. Justice | F5 |

60 copies

Doc 8

be accepted and ordered filed with the Clerk. Upon the plea and statements presented, the Court finds the Defendant Guilty.

This matter is referred to the Adult Probation Department for a pre-sentence investigation and report.

Copies of this entry shall be delivered to the Defendant, Counsel for the State, and the Counsel for the Defendant.

IT IS SO ORDERED.

6/14/13

_____
James F. Stevenson
Judge

_____
Prosecuting Attorney

_____
Assistant Prosecuting Attorney   0061995

_____
Counsel for Defendant
Reg. No. 0075561
Address: _____

_____
Defendant

Doc 9